UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAZIF SHARIFZODA,

                            Petitioner,                          26-CV-02486 (KMK)

          v.                                                     CALENDAR NOTICE

ORANGE COUNTY JAIL, *et al.*,

                            Respondents.

KENNETH M. KARAS, United States District Judge:

        Please take notice that the above captioned action has been scheduled for a telephonic hearing on the pending Petition for Writ of Habeas Corpus before the Honorable Kenneth M. Karas, United States District Judge, on March 27, 2026, at 12:00 p.m.

NOTICE OF TELECONFERENCE INFORMATION: The Court will hold all civil conferences, hearings, and/or oral arguments by telephone. Counsel shall call the following number at the designated time: Meeting Dial-In Number (USA toll-free): (605) 472-5160 Access Code: 4653066, followed by the the pound sign (#).

SO ORDERED.

Dated:  March 26, 2026
        White Plains, New York

_____
KENNETH M. KARAS
United States District Judge