UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAZIF SHARIFZODA,

                              Petitioner,

                  v.

ORANGE COUNTY JAIL, *et al.*,

                              Respondents.

No. 26-CV-02486 (KMK)

ORDER

KENNETH M. KARAS, United States District Judge:

Nazif Sharifzoda ("Petitioner") brought this Petition for Writ of Habeas Corpus on March 26, 2026.  (Dkt. No. 1.)  On March 27, 2026, this Court granted the Petition in part, ordering Respondents to provide Petitioner a bond hearing before an Immigration Judge.  (Dkt. No. 9.)  By letter dated April 1, 2026, Respondents certified their compliance with the Court's March 27, 2026 Order.  (Dkt. No. 10.)  Accordingly, the Clerk of Court is respectfully directed to close this case.

SO ORDERED.

DATED:      April 2, 2026
            White Plains, New York

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE